Nicholas P. Roxborough (SBN 113540)  npr@rpnalaw.com
Joseph C. Gjonola (SBN 241955)  jcg@rpnalaw.com
ROXBOROUGH, POMERANCE, NYE, & ADREANI,
LLP - 5900 Canoga Avenue, Suite 450
Woodland Hills, California 91367
Telephone: (818) 992-9999; Facsimile: (818) 992-9991

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FULL STEAM STAFFING, LLC, a Florida limited liability company, <br> Plaintiff(s), <br> v. <br> CHUBB LIMITED, a Swiss corporation; et al., <br> Defendant(s). | CASE NUMBER <br> 2:25-cv-09845-WLH-SSC <br><br> NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑ **ONLY** Defendant(s) <u>CHUBB LIMITED, a Swiss corporation, without prejudice.</u> is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by <u>FULL STEAM STAFFING, LLC, a Florida limited liability company.</u>

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

January 16, 2026
*Date*

*Signature of Attorney/Party*

NOTE:  **F.R.Civ.P. 41(a):** This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

**F.R.Civ.P. 41(c):** Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.